DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFRED RHINER,**
Appellant,

v.

**SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS,
LAWNWOOD REGIONAL MEDICAL CENTER AND HEART INSTITUTE,**
and **TAKASHI KOYAMA, D.M.D.,**
Appellees.

No. 4D2023-0070

[August 28, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562017CA000579.

Alfred Rhiner, pro se, Avon Park.

Louis Reinstein of Kelley Kronenberg, Fort Lauderdale, for appellee Secretary of the Florida Department of Corrections.

No brief filed for appellee Lawnwood Regional Medical Center and Heart Institute.

No appearance for appellee Takashi Koyama.

PER CURIAM.

Appellee Lawnwood Regional Medical Center and Heart Institute's June 29, 2024 motion to dismiss Appellant Alfred Rhiner's appeal with respect to Rhiner's complaint against Lawnwood is granted, and the above-styled appeal is dismissed in part as moot due to an executed settlement agreement. *See St. Mary's Hosp., Inc. v. Bass By & Through Bass*, 592 So. 2d 779, 780 (Fla. 4th DCA 1992); *Merkle v. Guardianship of Jacoby*, 912 So. 2d 595, 601 (Fla. 2d DCA 2005).

We affirm without discussion with respect to appellate challenges to dispositions favoring the other defendants.

*Affirmed in part, dismissed in part.*

GROSS, FORST and ARTAU, JJ., concur.

* * *

**Not final until disposition of timely filed motion for rehearing.**